**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6774**

JOHNIE B. ERWIN,

Plaintiff - Appellant,

v.

FRANK L. PERRY; W. DAVID GUICE; LARRY DUNSTON; BETTY BROWN,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, Senior District Judge. (5:14-ct-03136-H)

Submitted: November 30, 2017                    Decided: February 6, 2018

Before NIEMEYER, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Johnie B. Erwin, Appellant Pro Se. Kimberly D. Grande, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnie B. Erwin appeals the district court's order denying relief on his complaint asserting claims under 42 U.S.C. § 1983 (2012) and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. §§ 2000cc to 2000cc-5 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Erwin v. Perry*, No. 5:14-ct-03136-H (E.D.N.C. June 8, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*